THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

---

**PETITIONER'S MOTION FOR RECONSIDERATION
OF ORDER DENYING MOTION FOR ISSUANCE
OF A SUBPOENA TO OBTAIN JAIL RECORDS**

(Filed Electronically Under the Electronic Filing System Requirements)

---

MICHAEL B. CHARLTON, No. 04144800
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV  89101
Telephone:  (702) 388-5106
Facsimile:   (702) 388 5103
E-Mail:  mike_charlton@fd.org

Attorney for Petitioner
JULIUS ROBINSON

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

---

### PETITIONER'S MOTION FOR RECONSIDERATION
### OF ORDER DENYING MOTION FOR ISSUANCE
### OF A SUBPOENA TO OBTAIN JAIL RECORDS

---

Mr. Robinson, a death-sentenced inmate, has filed a motion to vacate his sentence of death under 28 U.S.C. § 2255; the United States has responded. Mr. Robinson files this motion for reconsideration of this Court's order previously denying Petitioner's motion for a subpoena to obtain jail records. This motion is based upon the record and pleadings in this case, as well as the attached brief.

Respectfully submitted,

 s/  Michael B. Charlton
Michael B. Charlton, Texas Bar #04144800
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Telephone:  (702) 388-5106
Facsimile:  (702) 388 5103
E-Mail:  mike_charlton@fd.org
ATTORNEY FOR PETITIONER

## CERTIFICATE OF CONFERENCE

This is to certify that Mr. Robinson's counsel has conferred with opposing counsel,

Susan Cowger of the United States Attorney's Office; she is not opposed to the relief sought

by this motion.  For the following reasons, Petitioner is entitled to a subpoena to obtain the jail

visitation logs.

Respectfully submitted,


 s/  Michael B. Charlton
Michael B. Charlton
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Telephone:  (702) 388-5106
Facsimile:   (702) 388 5103
E-Mail:  mike_charlton@fd.org
State Bar of Texas # 04144800

ATTORNEY FOR PETITIONER

**CERTIFICATE OF SERVICE**

I, Michael Charlton, hereby certify that on April 17, 2007, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

SUSAN COWGER
Assistant United States Attorney
U.S. Attorney's Office
1100 Commerce Street, 3rd Fl.
Dallas, Texas  75242

 s/  Michael B. Charlton
MICHAEL B. CHARLTON
Attorney for Petitioner