# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

### ORDER STRIKING AND UNFILING DOCUMENT

**The Clerk has identified a defect in the form of the document indicated below, and the Court has independently determined that the document should be stricken and unfiled, it is ORDERED that the document is stricken from the record of this case, and the Clerk is directed to note on the docket that the document has been unfiled.**

*Terry R. Means*

APRIL 20, 2007                                    TERRY R. MEANS, U.S. DISTRICT JUDGE

### NOTICE OF DEFICIENCY

Judge:   Means                           Date: 4/19/07

Case Number:   4-05-cv-756-Y            Plaintiff:  Robinson.

Deputy Clerk:   JB                      Telephone Number:   817-850-6600

* * * * * * * * * * * * * *

A(n) Motion for Reconsideration Doc#1

has been filed by **Petitioner**    and is considered deficient in the areas(s) noted below:

_____    1.    A civil cover sheet must be filed with the complaint.  See LR 3.1(c).

_____    2.    The document(s) must be in proper form.  See LR 10.1.

_____    3.    The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11 and Section II.C of the CM/ECF Civil and Criminal Administrative Procedures Manual.

_____    4.    A completed certificate of service as defined in F.R.C.P. 5(d) is required.

_____    5.    Each separate document contained therein must be identified. See LR 5.1(c).

_____    6.    The motion must include:

   a.    \_\_\_\_    certificate of conference or inability to confer.  See LR 7.1(b).

   b.    \_\_\_\_    brief in support of motion.  See LR 7.1(d) or LR 56.5(a).

   c.    \_\_\_\_    electronic proposed order.  See Order Assigning Case to Electronic Case Filing entered on or after July 7, 2005;

   d.    \_\_\_\_    documentary or non-documentary evidence in a separate appendix.  See LR 7.1(i) or LR 56.6(a).

_____    7.    A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to the motion.  See LR 15.1.

_____    8.    A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record.  See LR 40.1.

_____    9.    An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee.  See LR 83.9(b).

_____    10.    Additional copies are required.  See LR 5.1(b).

_____    11.    The attorney filing the pleading is not admitted to practice in this district.  See LR 83.7.

_____    12.    The document requires a separately signed certificate of interested persons.  See LR 3.1(f), LR 7.4, or LR 81.1 (a)(3)(D).

\_\_\_X\_\_\_    13.    Other: Document should be filed in criminal case 4-00-cr-260-Y-2 only; Civil action is for tracking purposes only.