IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Julius Omar Robinson, | § | |
| *Petitioner,* | § | |
| | § | CIVIL NO. 4:05-CV-756-Y |
| V. | § | (Criminal No.  4:00-CR-260-Y-2) |
| | § | (death-penalty case) |
| United States of America, | § | |
| *Plaintiff-Respondent.* | § | |

## FINAL JUDGMENT

The Court having entered its Memorandum Opinion and Order to deny relief in this case, all

of the relief requested is hereby **DENIED**.

The Clerk shall transmit a true copy of this judgment, together with a true copy of the

Memorandum Opinion and Order, to the parties.

**SIGNED**: November 7, 2008.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE