ORIGINAL



RECEIVED

OCT 11 2011

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 04, 2011

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 09-70020,   USA v. Julius Robinson
        USDC No. 4:05-CV-756 — Y
        USDC No. 4:00-CR-260-2 — Y

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By:_____
                Lisa G. Landry, Deputy Clerk
                504-310-7649

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 3, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:  Julius Omar Robinson, aka Face, aka Scar, aka Scarface
     v. United States
     No. 10-8146
     (Your No. 09-70020)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk