IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FILED**

**February 28, 2018**

JULIUS OMAR ROBINSON,

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Defendant/ Petitioner,

v.

Criminal No. 4:00-CR-00260-Y

UNITED STATES OF AMERICA,

Death Penalty Case

Plaintiff/Respondent.

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES**

Assistant United States Attorney Stephen P. Fahey hereby enters his appearance as

counsel for respondent the United States of America, and requests that he be served with

copies of all notices and pleadings in this case.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s *Stephen P. Fahey*
Stephen P. Fahey
Assistant United States Attorney
Texas State Bar No. 24101249
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8718
Facsimile: 214-659-8807
Email: Steve.P.Fahey@usdoj.gov

**Notice of Appearance – Page 1**

## CERTIFICATE OF SERVICE

I certify that, on February 23, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the Court's electronic case filing system.  I also sent a copy of this document to petitioner pro se at the address listed for him in the Court's docket.

*/s Stephen P. Fahey*
Stephen P. Fahey
Assistant U.S. Attorney