IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FILED**

**February 28, 2018**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

JULIUS OMAR ROBINSON,

       Defendant/ Petitioner,

v.

UNITED STATES OF AMERICA,

       Plaintiff/Respondent.

Criminal No. 4:00-CR-00260-Y

Death Penalty Case

### GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT

On February 9, 2018, defendant Julius Omar Robinson filed a Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6).  Robinson seeks to re-open his Section 2255 habeas litigation to "correct defects in the integrity of the post-conviction proceedings that deprived him of a resolution of his claims on their merits. Pursuant to Rule 45(b)(1) of the Federal Rules of Criminal Procedure, the government files this motion requesting a 60-day extension of its time to respond to Robinson's motion.

Given the sophisticated arguments advanced in Robinson's motion, and the need for staff this 18-year-old case with a new Assistant United States Attorney, the government requests this extension in order to fully review the record in this case and substantively respond to Robinson's motion.  Counsel for Robinson does not oppose the government's request for an extension.

**Government's Motion for Extension of Time – Page 1**

Accordingly, the government respectfully requests an extension of 60 days, until April 23, 2018, to file its response to Robinson's motion for relief from judgment.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s Stephen P. Fahey
STEPHEN P. FAHEY
Assistant United States Attorney
Texas State Bar No. 24101249
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8718
Email: Steve.P.Fahey@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on February 22, 2018, I received email confirmation from Robinson's counsel that he had no objection to this motion for extension.

/s/ Stephen P. Fahey
STEPHEN P. FAHEY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that, on February 23, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the Court's electronic case filing system.  I also sent a copy of this document to petitioner pro se at the address listed for him in the Court's docket.

/s/ Stephen P. Fahey
STEPHEN P. FAHEY
Assistant United States Attorney