IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS OMAR ROBINSON,
          Movant,

v.

UNITED STATES OF AMERICA,
          Respondent.

No.    4:05-CV-756-Y
        (4:00-CR-260-Y-2)

## NOTICE OF SUBSTITUTION OF COUNSEL

The government advises the Court and all parties that this case has been

reassigned to Assistant United States Attorney Timothy W. Funnell, who should be

reflected as counsel of record for the United States of America.

Respectfully submitted,

Erin Nealy Cox
United States Attorney

*s/ Timothy W. Funnell*
Timothy W. Funnell
Assistant United States Attorney
Wisconsin State Bar No. 1022716
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102-6897
Phone 817-252-5252
tim.funnell@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 23, 2018, I filed this notice with the clerk of court for the U.S. District Court, Northern District of Texas through the electronic filing system which will generate service to Robinson's counsel, Jonathan Charles Aminoff.

s/ Timothy W. Funnell

Timothy W. Funnell
Assistant United States Attorney

2