HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CRAIG A. HARBAUGH (No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
JONATHAN C. AMINOFF (No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
CELESTE BACCHI (No. 307119)
(E-Mail: Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant/Petitioner
JULIUS OMAR ROBINSON

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON,<br><br>Defendant/Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent. | Civil No. 4:05-CV-756-Y<br>(Criminal No. 4:00-CR-00260-2)<br><br>**DEATH PENALTY CASE**<br><br>Honorable Terry R. Means<br>United States District Judge<br><br>**UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT** |

On February 9, 2018, defendant Julius Robinson filed a Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6). Dkt. No. 10. After seeking, and receiving, one 60-day extension of time, the Government filed its response on April 30, 2018. Dkt. No. 14.

Mr. Robinson's reply brief is currently due on May 14, 2018. L.R. 7.1(f). Given the complexity of the issues raised in Mr. Robinson's motion and the Government's

1

opposition, and undersigned counsel's obligations in other cases including a Petition for Writ of Certiorari in a capital case due in the Supreme Court on May 25, 2018, counsel requests additional time to adequately research the issues raised by the Government and meaningfully respond. Counsel for the Government does not oppose this request.

Accordingly, Mr. Robinson respectfully requests a 30-day extension, to and including June 13, 2018, to file his reply to the Government's response to his motion for relief from judgment.

Respectfully submitted,

Dated: May 7, 2018

*/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

## CERTIFICATE OF CONFERENCE

I certify that on May 7, 2018, I contacted AUSA Timothy Funnell and explained that I intended to file this motion and the reasons therefore. Mr. Funnel informed me that he has no objection to this motion.

*/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

## CERTIFICATE OF SERVICE

I certify that, on May 7, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Northern District of Texas using the Court's electronic case filing system.

*/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

2