IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | § | |
| *Petitioner,* | § | |
| | § | Civil No. 4:05-CV-0756-Y |
| V. | § | (Criminal No. 4:00-CR-260-Y-2) |
| | § | |
| UNITED STATES OF AMERICA, | § | (death-penalty case) |
| *Respondent.* | § | |

### ORDER EXTENDING TIME TO FILE REPLY

On May 7, 2018, Petitioner Robinson filed an Unopposed Motion for a 30-Day Extension of Time to File Reply to Government's Response to Defendant's Motion for Relief from Judgment (Dkt. No. 15).

The Court **GRANTS** Robinson's motion.  Robinson shall file his reply on or before **Wednesday, June 13, 2018**.

SIGNED May 8, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ks