# United States District Court
## Northern District of Texas
### Office of the Clerk

*Karen Mitchell*
*Clerk of Court*

Fort Worth Division

June 20, 2018

Lyle W. Cayce, Clerk
United States Court of Appeals , Fifth Circuit
Office of the Clerk
600 S. Maestri Place
New Orleans , LA 70130

Re:    Julius Omar Robinson vs. USA
       USDC No.  4:05-CV-756-Y

Dear Mr. Lyle W. Cayce,

The enclosed Memorandum Opinion and Order Transferring 60(b) Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure rule 60(b) filed by Julius Omar Robinson has been transferred to your court.

Sincerely,

Karen Mitchell , Clerk of Court

By: _____
Tamara Ellis, Appeals Clerk