**FILED**

**July 10, 2018**

KAREN MITCHELL

*United States Court of Appeals* CLERK, U.S. DISTRICT COURT

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**                                    **TEL. 504-310-7700**
**CLERK**                                            **600 S. MAESTRI PLACE**
                                                     **NEW ORLEANS, LA 70130**


                    July 10, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 18-10732    In re: Julius Robinson
                     USDC No. 4:05-CV-756 -Y
                     USDC No. 4:00-CR-260-2
                     USDC No. 4:05-CV-756

     CONSOLIDATED WITH

     No. 18-70022    USA v. Julius Omar Robinson
                     4:05-CV-756
                     4:00-CR-260-2


We have docketed the notice of appeal filed on June 29, 2018.

The court has sua sponte consolidated the cases above. The lead
case is 18-10732.  A revised caption is enclosed for use on all
future filings.



                         Sincerely,

                         LYLE W. CAYCE, Clerk


                         By: _____
                         Mary Frances Yeager, Deputy Clerk
                         504-310-7686

Mr. Jonathan C. Aminoff
Mr. Michael B. Charlton
Ms. Susan Cowger
Mr. Craig Anthony Harbaugh
Mr. Sean Kevin Kennedy
Ms. Karen S. Mitchell, Clerk
Mr. Frederick M. Schattman

Case No. 18-10732

In re:  JULIUS OMAR ROBINSON,

                         Movant

------------------------------------------------------------------

CONSOLIDATED WITH 18-70022

UNITED STATES OF AMERICA,

                         Plaintiff - Appellee

v.

JULIUS OMAR ROBINSON, also known as Face, also known as Scar, also known as Scarface,

                         Defendant - Appellant