

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**RECEIVED**

FEB 27 2020

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Scott S. Harris
Clerk of the Court
(202) 479-3011

4:00 -CR-260-Y
4:05 -CV- 756-Y

February 24, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

> Re:  Julius Omar Robinson
>      v. United States
>      No. 19-5535
>      (Your No. 18-10732, 18-70022)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk