CTJ

ORIGINAL

RECEIVED

FEB 27 2020

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 26, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 18-10732   In re: Julius Robinson
                USDC No. 4:05-CV-756
                USDC No. 4:00-CR-260-2
                USDC No. 4:05-CV-756

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Stacy Carpenter*

                By: _____
                Stacy M. Carpenter, Deputy Clerk